UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:20 CR 23-PPS/JEM |
| ) | |
| DORIAN HALL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Dorian Hall's agreement to enter a plea of guilty to Counts 1 and 21 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 24, 29.] Following a hearing on the record on June 2, 2021 [DE 29], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 1 of the indictment charging him with filing false tax returns in violation of 26 U.S.C. § 7206(1); and knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 21 of the indictment charging him with aiding or assisting in the preparation of false tax returns in violation of 26 U.S.C. § 7206(2); and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Martin recommends that the

Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Dorian Hall's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 29] in their entirety.

Defendant Dorian Hall is adjudged GUILTY of Counts 1 and 21 of the indictment.

The sentencing hearing is SET for October 14, 2021 at 1:30 p.m. Hammond/Central time.

ENTERED: June 17, 2021.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT